|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | WESTERN DISTRICT OF WASHINGTON AT TACOMA | |
| 10 | | |

|   |   |
|---|---|
| DAVID HARBORD and HATSUYO HARBORD, | CASE NO. 20-5080 RJB |
| Plaintiff, | ORDER DENYING MOTION FOR FAX FILING |
| v. | |
| MTC FINANCIAL INC., BAYVIEW FINANCIAL LLC, BAYVIEW LOAN SERVICING LLC, BAYVIEW HOLDINGS, FARMS INC. CO. OF WA, CHASE BANK, JP MORGAN FINANCIAL, WELLS FARGO, and VANGUARD GROUP, | |
| Defendants. | |

THIS MATTER comes before the Court on the Plaintiff's Motion for Fax Filing. Dkt. 13. The Court has reviewed the motion and record and is fully advised.

This case arises from foreclosure proceedings against Hatsuyo Harbord's real property commonly known as 461 McFarland Drive, Sequim, WA. Dkt. 1. On February 21, 2020, around 4:45 p.m., the Clerk of the Court's Office received a fax which purported to be from the

ORDER DENYING MOTION FOR FAX FILING - 1

| | |
|---|---|
| 1 | Plaintiff.  On Feb. 25, 2020, the Court informed the Plaintiff that it would not accept filings by |
| 2 | fax.  Dkt. 7. |
| 3 | The Plaintiff now moves the Court to accept pleadings by fax because of difficulties in |
| 4 | getting to the courthouse to hand deliver her pleadings.  Dkt. 13. |

**DISCUSSION**

Pursuant to Local Rule W.D. Wash. 5(d), unrepresented parties, like the Plaintiffs here, "may, but are not required to, file electronically."  Unrepresented parties may also file their pleadings by mailing them to the Clerk of the Court.  *See* Fed. Civ. R. P. 5 and Local Civil Rule 5.  "Electronically" refers to the Court's electronic case filing system (ECF).  The Clerk of the Court does not accept filings by fax.

The Plaintiff's motion to file pleadings by fax (Dkt. 13) should be denied.  The Plaintiff is free to mail her pleadings to the Clerk of the Court for filing.  The Plaintiff is reminded that "[p]ro se litigants must follow the same rules of procedure that govern other litigants," *Briones v. Riviera Hotel & Casino,* 116 F.3d 379, 381 (9th Cir. 1997), including the Federal Rules of Civil Procedure and the Local Civil Rules of the Western District of Washington.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION FOR FAX FILING - 2