The Honorable Robert J. Bryan
Noting Date: May 8, 2020
**WITHOUT ORAL ARGUMENT**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA

| | |
|---|---|
| DAVID HARBORD and HATSUYO HARBORD,<br><br>Plaintiffs,<br><br>vs.<br><br>MTC FINANCIAL INC., BAYVIEW FINANCIAL LLC, BAYVIEW LOAN SERVICING LLC, BAYVIEW HOLDINGS, FARMERS INS. CO. OF WA, CHASE BANK, JP MORGAN FINANCIAL, WELLS FARGO, and VANGUARD GROUP,<br><br>Defendants. | NO. 3:20-cv-05080-RJB<br><br>DECLARATION OF JOANNE T. BLACKBURN IN SUPPORT OF DEFENDANT'S FARMERS INSURANCE COMPANY OF WASHINGTON MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>May 8, 2020 |

I, Joanne T. Blackburn, declare under penalty of perjury as follows:

1. I am over the age of 18 and make this declaration based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of Articles of Incorporation of Farmers Insurance Company of Washington.

DECLARATION OF JOANNE T. BLACKBURN IN SUPPORT OF DEFENDANT'S FARMERS INSURANCE COMPANY OF WASHINGTON MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 1

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

EXECUTED this 3rd day of April, 2020 at Kirkland, Washington.

_____
Joanne T. Blackburn

DECLARATION OF JOANNE T. BLACKBURN IN SUPPORT OF DEFENDANT'S FARMERS INSURANCE COMPANY OF WASHINGTON MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 2

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

**Exhibit 1**

206673
FILE NUMBER



DOMESTIC

# STATE OF WASHINGTON | DEPARTMENT OF STATE

I, A. LUDLOW KRAMER, Secretary of State of the State of Washington and custodian of its seal, hereby certify that

## ARTICLES OF INCORPORATION

of _FARMERS INSURANCE COMPANY OF WASHINGTON_

a domestic corporation of _Mercer Island,_ Washington,

was filed for record in this office on this date, and I further certify that such Articles remain on file in this office.

Filed at request of
Karl Herrmann
State Insurance Commissioner
Insurance Bldg.
Olympia, Washington 98501

Filing and recording fee ... $ NO

License to June 30, 19........ $

........Excess pages @ 25¢ $

Microfilmed, Roll No. 1198

Page 164-170

164

In witness whereof I have signed and have affixed the seal of the State of Washington to this certificate at Olympia, the State Capitol,

July 14, 1970

A. LUDLOW KRAMER
SECRETARY OF STATE

SSF-57 B (6-69)

FILED IN THE OFFICE
OF THE
INSURANCE COMMISSIONER
OF THE
STATE OF WASHINGTON
July 8, 1970

_____M
_____N
Insurance Commissioner
By _____

APPROVED
AS TO FORM AND FILED
JUL 14 1970
A. LUDLOW KRAMER
SECRETARY OF STATE

# ARTICLES OF INCORPORATION

## OF

## FARMERS INSURANCE COMPANY OF WASHINGTON

We, the undersigned, being natural persons of the age of twenty-one years or more and at least four of whom are residents and citizens of the State of Washington, acting as incorporators of a domestic insurance company under Title 48 of the Revised Code of Washington, do hereby adopt the following Articles of Incorporation:

### ARTICLE I

The name of this corporation is and shall be FARMERS INSURANCE COMPANY OF WASHINGTON.

### ARTICLE II

This corporation shall have perpetual existence.

### ARTICLE III

The purpose or purposes for which this corporation is organized are:

(a) To engage in the insurance business and, in this respect, to issue insurance in the following designations or categories: Property; Marine and Transportation; General Casualty; Vehicle; and Surety.

(b) This corporation is and shall be a stock insurer.

(c) This corporation shall further have such purposes, powers and authority as may be authorized by the laws of this state and action of its board of directors.

## ARTICLE IV

The principal place of business of this corporation shall be located at 9611 Sunset Highway, Mercer Island, Washington.

## ARTICLE V

The total authorized capital of this corporation shall be $650,000.00. The aggregate number of shares which the corporation shall have authority to issue is 6,500 shares having a par value of $100.00 each. Of such shares, 6,500 shares have been subscribed and fully paid, the company receiving in the aggregate $650,000.00 in capital and $656,500.00 in surplus for such shares, all of which is in cash.

## ARTICLE VI

The amount of paid in capital with which this corporation shall begin business is $650,000.00, and the corporation shall not commence business until consideration of that value has been received for the issuance of its shares.

## ARTICLE VII

The address of the registered office of this corporation is 9611 Sunset Highway, Mercer Island, Washington, and the name of the registered agent at such address is Donald L. Pretsinger.

## ARTICLE VIII

The affairs of this corporation shall be governed by a board of directors consisting of not less than five nor more than nine members, the exact number of directors to be as provided in the bylaws of this corporation. The initial board of directors shall consist of five directors who shall hold office from the date of the commencement of this corporation until the 19th day of October, 1970, when their successors shall be elected and qualified. The names and addresses of the initial directors are:

166

Robert E. Early
130 South San Rafael Avenue
Pasadena, California 91105

R. C. von Rosenberg
3451 Valley Meadow Road
Sherman Oaks, California 91403

R. W. Rudy
2790 Club Drive
Los Angeles, California

George Maslach
10324 Savona Road
Los Angeles, California 90024

C. D. Bashears
66 Fremont Place
Los Angeles, California 90005

## ARTICLE IX

The board of directors shall have the authority to designate an executive committee or such other committees to exercise the powers of the directors as the board may from time to time determine necessary and desirable, all subject to the provisions of Section 23A.08.400 of the Revised Code of Washington.

## ARTICLE X

The names and addresses of the incorporators are:

Harry D. Boyd
4942 Mammoth Avenue
Sherman Oaks, California 91402

Robert L. Charette
415 West 4th Street
Aberdeen, Washington 98520

John W. Schumacher
116 West 4th Street
Cosmopolis, Washington 98537

David Foscue
620 Essex Avenue
Aberdeen, Washington 98520

Donald L. Protzinger
8300 SE 61st Street
Mercer Island, Washington 98040


ARTICLE IX

The directors of this corporation need not be residents of the State of Washington nor shareholders in this corporation. The board of directors shall have authority to fix the compensation of the directors. The board of directors is expressly authorized to make, alter, amend or repeal the bylaws of this corporation, subject to the power of the shareholders having voting power to alter, amend or repeal such bylaws.


ARTICLE XII

The corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation in the manner now or hereafter prescribed by law, and all rights conferred herein on shareholders and directors are subject to this reserve power.


IN WITNESS WHEREOF, the incorporators hereinabove named, have set their hands in quadruplicate this 30th day of JUNE, 1970.

_____
Harry D. Boyd

_____
Robert L. Charette

_____
John W. Schumacher

_____
David Foscue

_____
Donald L. Protzinger

STATE OF CALIFORNIA )
COUNTY OF            ) ss

This is to certify that on this 22nd day of June, 1970, there appeared personally before me HARRY D. BOYD, to me personally known to be one of the persons described in and who executed the foregoing Articles of Incorporation, and he did acknowledge and declare to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_M. Khia Underwood_
NOTARY PUBLIC for California, residing at

STATE OF WASHINGTON )
GRAYS HARBOR COUNTY ) ss

This is to certify that on this 25 day of June, 1970, there appeared personally before me ROBERT L. CHARETTE, JOHN W. SCHUMACHER and DAVID FOSCUE, to me personally known to be the persons described in and who executed the foregoing Articles of Incorporation, and they and each of them did acknowledge and declare to me that they executed the same freely and voluntarily for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_Josephine Graham_
NOTARY PUBLIC for Washington residing at Aberdeen

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

    This is to certify that on this 30th day of June, 1970, there appeared personally before me DONALD L. DREYZEHNER, to me personally known to be one of the persons described in and who executed the foregoing Articles of Incorporation, and he did acknowledge and declare to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.

    IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

*Carol M. Gregg*
NOTARY PUBLIC for Washington residing at Mercer Island

170